1033

[Nos. 71714-6-I; 71715-4-I. Division One. June 29, 2015.]

*In the Matter of the Marriage of* GABRIEL Y. LEE, *Appellant,* and CAROL ANN KENNARD, *Respondent.*

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Leach, JJ.

[No. 71729-4-I. Division One. June 29, 2015.]

AUXIER FINANCIAL GROUP LLC, *Appellant,* v. JOSEPH T. SELLARS ET AL., *Respondents.*

 *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Cox and Trickey, JJ.

[No. 71913-1-I. Division One. June 29, 2015.]

MORGAN COURT OWNERS ASSOCIATION, *Respondent,* v. DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee, Appellant.*

 *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.

[No. 71937-8-I. Division One. June 29, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. MUSTAF MOHAMED AHMED, *Appellant.*

 *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Trickey, JJ.